1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    **CARMINA QUEVDO**,                      CASE NO. 1: 12-cv-00950-BAM

10
                    Plaintiff,               **ORDER AFTER SETTLEMENT**
11
          vs.
12
     **MILESTONE LAW GROUP**,
13
                    Defendant.
14   _____ /

15

16        The parties have filed a Notice of Settlement indicating that settlement has been reached.  (Doc.

17   14).   Pursuant to this Court's Local Rule 160(b), this Court ORDERS the parties, **no later than**

18   **November 16, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety.

19        This Court VACATES all pending dates and matters.

20        Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

21   parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

22        IT IS SO ORDERED.

23   **Dated:   October 26, 2012**              _____ **/s/ Barbara A. McAuliffe** _____
                                               UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28