UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Carmina Quevedo,<br><br>        Plaintiff,<br><br>  vs.<br><br>Milestone Law Group; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 1:12-cv-00950-BAM<br><br>**ORDER OF DISMISSAL** |

     Based on the Stipulation of the parties (Doc. 16), the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

IT IS SO ORDERED.

    Dated:  **November 20, 2012**      /s/ Barbara A. McAuliffe
                                                                                        UNITED STATES MAGISTRATE JUDGE